

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00572-CV

**FRITZ MANAGEMENT, LLC**, Fries Restaurant Management, LLC, and Sun Holdings, Inc.,
Appellants

v.

**ALFORTISH CONTRACTORS, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI07323
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the trial court's order denying appellees' motion to compel arbitration, and we RENDER judgment granting the motion. This court's stay of trial court proceedings is LIFTED, and we REMAND this matter to the trial court with instructions to enter an order staying this litigation pending the outcome of the arbitration proceeding.

We ORDER appellee Alfortish Contractors, LLC to pay the costs of this appeal.

SIGNED March 29, 2023.

_Beth Watkins_
Beth Watkins, Justice